

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2023

<u>BY ECF</u>

| | |
|---|---|
| The Honorable Mary Kay Vyskocil | The Honorable Ronnie Abrams |
| United States District Judge | United States District Judge |
| Southern District of New York | Southern District of New York |
| 500 Pearl Street | 40 Foley Square |
| New York, New York 10007 | New York, New York 10007 |

Re:   *United States v. Vladimir Voronchenko*, 23 Cr. 73 (MKV)
      *United States v. 19 Duck Pond Lane, et al.*, 23 Civ. 1545 (RA)

Dear Judge Vyskocil and Judge Abrams:

Pursuant to Local Civil Rule 1.6, the Government respectfully submits this letter to inform the Court as to the factual overlap between two related cases. The Indictment in *United States v. Vladimir Voronchenko*, 23 Cr. 73 (MKV) (the "Indictment") was returned on February 7, 2023. The civil forfeiture Complaint in *United States v. All That Lot Or Parcel of Land Located At 19 Duck Pond Lane, et al.,* 23 Civ. 1545 (RA) (the "Complaint") was filed on February 24, 2023. The Indictment charges Voronchenko with, among other things, violating U.S. sanctions, conspiracy to violate U.S. sanctions, money laundering, and conspiracy to commit money laundering, in connection with U.S. real estate beneficially owned by sanctioned Russian oligarch Viktor Vekselberg (the "U.S. Properties"). The criminal violations alleged in the Indictment and the transactions concerning the U.S. Properties at issue in the Indictment form the factual and legal bases of the Civil Forfeiture Complaint.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  ___/s/_____
       Jessica Greenwood
       Joshua A. Naftalis
       Sheb Swett
       Assistant United States Attorneys
       (212) 637-1090/2310/6522