IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 1:23-cv-01545-RA |
| All That Lot or Parcel of Land Located<br>at 19 Duck Pond Lane, Southampton,<br>New York 11968, Together With Its<br>Buildings, Appurtenances,<br>Improvements, Fixtures, Attachments,<br>and Easements, et al.,<br>Defendants in Rem. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## CLAIM OF MEDALLION INC.

Medallion Inc. hereby makes its claim to the following properties named as defendants in rem in this matter:

1.      All that lot or parcel of land located at 19 Duck Pond Lane, Southampton, New York 11968, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements;

2.      Unit 21, located in the building at 515 Park Avenue, New York, New York, 10022, together with its appurtenances, improvements, fixtures, attachments, easements, and interest in common elements thereto ("Park Avenue-1");

3.      Unit 2-I located in the building at 515 Park Avenue, New York, New York, 10022, together with its appurtenances, improvements, fixtures, attachments, easements, and interest in common elements thereto ("Park Avenue-2"); and

4.    Units 7182 and 7183 of Palazzo Del Mare, as combined into one unit and known as 7183 Fisher Island Drive, Miami Beach, Florida 33109, together with its appurtenances, improvements, fixtures, attachments, easements, and interest in common elements thereto.

Claimant Medallion Inc. holds title to the properties listed above.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ March 20_____, 2023.

_Alcides Higuera_
Alcides Higuera
President and Director
Medallion Inc.

Respectfully submitted,

/s/ John D. Cline
**Law Office of John D. Cline**
WA Bar No. 59426
cline@johndclinelaw.com
600 Stewart St., Suite 400
Seattle, WA 98101
Tel.: (360) 320-6435

**ATTORNEY FOR MEDALLION INC.**

2

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of March, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of New York using the Court's ECF system.  ECF will send a notice of filing to all counsel of record.

_/s/_  _John D. Cline_

John D. Cline