IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>All That Lot or Parcel of Land Located<br>at 19 Duck Pond Lane, Southampton,<br>New York 11968, Together With Its<br>Buildings, Appurtenances,<br>Improvements, Fixtures, Attachments,<br>and Easements, et al.,<br>        Defendants in Rem. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:23-cv-01545-RA |

## CLAIM OF VOXI MANAGEMENT CORP.

Voxi Management Corp. hereby makes its claim to the following property named as defendant in rem in this matter:

Unit 7002 PH2 of Palazzo Del Sol, located at 7002 Fisher Island Drive, Miami Beach, Florida 33109, together with its appurtenances, improvements, fixtures, attachments, easements, and interest in common elements thereto.

Claimant Voxi Management Corp. holds title to the property listed above.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___March 20___, 2023.

_Alcides Higuera_

Alcides Higuera
President and Director
Voxi Management Corp.

Respectfully submitted,

/s/ John D. Cline
**Law Office of John D. Cline**
WA Bar No. 59426
cline@johndclinelaw.com
600 Stewart St., Suite 400
Seattle, WA 98101
Tel.: (360) 320-6435

**ATTORNEY FOR VOXI MANAGEMENT CORP.**

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of March, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of New York using the Court's ECF system.  ECF will send a notice of filing to all counsel of record.

<u>   /s/   *John D. Cline*               </u>
John D. Cline