IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> All That Lot or Parcel of Land Located § <br> at 19 Duck Pond Lane, Southampton, § <br> New York 11968, Together With Its § <br> Buildings, Appurtenances, § <br> Improvements, Fixtures, Attachments, § <br> and Easements, et al., § <br>     Defendants in Rem. § <br> § | CASE NO. 1:23-cv-01545-RA |

**MEDALLION INC.'S JURY DEMAND**

Claimant Medallion Inc. hereby demands a jury for the trial of this matter. *See* Fed. R. Civ. P. 38(b).

Respectfully submitted,

/s/ John D. Cline
**Law Office of John D. Cline**
WA Bar No. 59426
cline@johndclinelaw.com
600 Stewart St., Suite 400
Seattle, WA 98101
Tel.: (360) 320-6435

**ATTORNEY FOR MEDALLION INC.**

## CERTIFICATE OF SERVICE

I certify that on the 1st day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of New York using the Court's ECF system.  ECF will send a notice of filing to all counsel of record.

                                                  /s/  *John D. Cline*
                                                  John D. Cline