**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2024

**BY ECF**

The Honorable Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> **Re:** ***United States v. All That Lot or Parcel of Land Located at 19 Duck Pond Lane, et al.*, 23 CV 1545 (JGLC)**

Dear Judge Clarke:

The Parties in the above-captioned matter respectfully submit this joint status letter in response to the Court's order of January 29, 2024 (D.E. 53) (the "January Order").

On January 31, 2024, the Government spoke with the Treasury Department's Office of Foreign Assets Control ("OFAC") regarding the respective license applications of Mr. Cline, Smile Holdings Ltd., Palazzo del Mare at Fisher Island, and Palazzo del Sol/Della Luna at Fisher Island (collectively, the "Applications"). The Government made OFAC aware of the January Order and requested a status update on OFAC's review of the Applications. In response, OFAC stated that it had recently received information from Mr. Cline required by OFAC to evaluate Mr. Cline's license application. OFAC further stated that, in light of the January Order, OFAC would endeavor to expedite review of Mr. Cline's application but could not provide a timeline for completion of that review.

*Remainder of the page intentionally left blank*

Lastly, the Government informed OFAC of the pending motions for interlocutory sale of the three Fisher Island properties, which relate to the applications of Smile Holdings, Palazzo del Mare, and Palazzo del Sol, and provided OFAC copies of the pleadings related to those motions.  OFAC did not provide a timeline for its review of Smile Holding Ltd.'s application for a license to pay expenses associated with the defendant properties or Palazzo del Mare and Palazzo del Sol's applications.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/_____
Sheb Swett
Jeannette Vargas
Assistant United States Attorneys
(212) 637-6522/2678


MEDALLION INC. and
VOXI MANAGEMENT CORP.

by: /s/_____
John D. Cline, Esq.

PALAZZO DEL MARE AT FISHER ISLAND
CONDOMINIUM NO. ONE ASSOCIATION,
INC. and
PALAZZO DEL SOL/DELLA LUNA AT FISHER
ISLAND CONDOMINIUM; and


by: /s/_____
Samuel J. Levine, Esq.


SUNSHINE STATE CERTIFICATES VIII

by: /s/_____
Robert W. Keyser, Esq.