

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

August 12, 2024

**BY ECF**

The Honorable Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *United States v. All That Lot or Parcel of Land Located at 19 Duck Pond Lane, et al.*, 23 CV 1545 (JGLC)

Dear Judge Clarke:

  Plaintiff United States (the "Government") respectfully requests that the Court adjourn the deadlines to file opposition and reply briefs for the motion to dismiss filed by claimants Voxi Management Corp. and Medallion Inc. on August 7, 2024 (the "Claimants") (D.E. 69). The Government and Claimants have conferred and would request the Court adjourn the Government's reply, currently due August 21, 2024, until September 6, 2024, and correspondingly adjourn Claimants' reply until September 20, 2024. These proposed deadlines would accommodate Government counsel, returning soon from parental leave, and Claimants' counsel's trial schedule.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

             by: /s/
                Sheb Swett
                Lucas Issacharoff
                Assistant United States Attorneys
                (212) 637-6522 / 2737

             cc: All Counsel via ECF

---

The deadline for the Government to oppose the motion to dismiss (ECF No. 69) is EXTENDED to **September 6, 2024**. Reply is due no later than **September 20, 2024**.

The Clerk of Court is directed to termiante ECF No. 71.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 12, 2024
   New York, New York