# LAW OFFICE OF JOHN D. CLINE

September 16, 2024

**VIA ECF**
Honorable Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007



Re:  *United States v. All That Lot or Parcel of Land Located at 19 Duck Pond Lane, et al.*, Case No. 23-CV-1545 (JGLC)--Unopposed letter-motion to withdraw motion to dismiss

Dear Judge Clarke:

On August 7, 2024, claimants Medallion Inc. and Voxi Management Corp. moved to dismiss the complaint because of OFAC's unreasonable delay in acting on counsel's application for a license permitting him to receive payment for his legal services and reimbursement for litigation expenses.  Doc. 69.  On September 9, 2024, OFAC granted the requested license.  Accordingly, claimants Medallion and Voxi move to withdraw their motion to dismiss.  Counsel for the government states that the government does not oppose the motion to withdraw.

The parties will confer promptly and propose to the Court a schedule for completion of the remaining discovery.

Respectfully submitted,

/s/  John D. Cline

John D. Cline
Counsel for Medallion Inc. and Voxi Management Corp.

Application GRANTED. Claimants' motion to dismiss at ECF No. 69 is DENIED as moot. The Clerk of Court is directed to terminate ECF Nos. 69 and 76.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 17, 2024
            New York, New York