

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 9, 2025

**By ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *United States v. 19 Duck Pond Lane et al.*, 23-cv-1545 (JGLC)

Dear Judge Clarke:

  I write respectfully to inform the Court that I will be leaving the United States Attorney's Office by the end of this week. Accordingly, I request entry of an order terminating my appearance in this matter. My colleagues Jessica Greenwood and Lawrence H. Fogelman have already appeared on behalf of the United States and will continue to handle the case.

  I thank the Court for its consideration of this submission.

            Respectfully,

            */s/ Lucas Issacharoff*
            LUCAS ISSACHAROFF
            Assistant United States Attorney
            86 Chambers Street, Third Floor
            New York, New York 10007
            Tel. (212) 637-2737

cc:  Counsel of record (via ECF)