UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                 :

UNITED STATES OF AMERICA,          :

                                 :

        Plaintiff,                :

                                 :        23 Civ. 01545 (JGLC)

        -v.-                        :

                                 :

ALL THAT LOT OR PARCEL OF LAND   :
LOCATED AT 19 DUCK POND LANE,    :
SOUTHAMPTON, NEW YORK 11968,    :
TOGETHER WITH ITS BUILDINGS,     :
APPURTENANCES, IMPROVEMENTS,   :
FIXTURES, ATTACHMENTS, AND      :
EASEMENTS, *et al.*               :

                                 :

        Defendants-*in-rem*.       :

                                 :

                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION AND [PROPOSED] ORDER

        WHEREAS, the United States of America, Medallion Inc. ("Medallion") and Voxi

Management Corp. ("Voxi") (collectively, the "Parties") have been meeting and conferring

regarding document productions made in this case;

        WHEREAS, the Parties wish to memorialize their agreement that certain records

produced during discovery are authentic business records of Medallion, Voxi, Lamesa Group

Holding S.A. ("Lamesa"), and Grierson Investing Corp. ("Grierson"), even though certain of

these records have been produced by non-parties; and

        WHEREAS, the Parties seek to preserve any other objections regarding the admissibility

of these documents at trial;

1

NOW, THEREFORE, it is hereby stipulated and agreed by the United States, Medallion and Voxi as follows:

1.      The documents bates labeled USAO_000362 to USAO_000624 are the authentic business records of Medallion. Specifically, Medallion agrees that that these documents are true and accurate copies of these records; that they were made in the regular course of Medallion's regularly conducted business activities; that they were made as a regular practice of Medallion's business activities; and that they were made at or near the time by, or from information transmitted by, someone with knowledge.

2.      The documents bates labeled USAO_000625 to USAO_000646 are the authentic business records of Voxi. Specifically, Voxi agrees that that these documents are true and accurate copies of these records; that they were made in the regular course of Voxi's regularly conducted business activities; that they were made as a regular practice of Voxi's business activities; and that they were made at or near the time by, or from information transmitted by, someone with knowledge.

3.      The documents bates labeled USAO_000324 to USAO_000349 are the authentic business records of Lamesa. Specifically, the parties to this stipulation agree that that these documents are true and accurate copies of these records; that they were made in the regular course of Lamesa's regularly conducted business activities; that they were made as a regular practice of Lamesa's business activities; and that they were made at or near the time by, or from information transmitted by, someone with knowledge.

4.      The documents bates labeled USAO_000350 to USAO_000361 are the authentic business records of Grierson. Specifically, the parties to this stipulation agree that that these documents are true and accurate copies of these records; that they were made in the regular

course of Grierson's regularly conducted business activities; that they were made as a regular practice of Grierson's business activities; and that they were made at or near the time by, or from information transmitted by, someone with knowledge.

5.    The parties expressly reserve their ability to raise any other objection to the admissibility of these documents not addressed by this stipulation, including without limitation, relevance, Federal Rule of Evidence 403, and hearsay within hearsay objections.

Dated:  New York, New York
        August 19, 2025

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for the United States


                            By:    /s/ Jennifer Jude
                                   JESSICA GREENWOOD
                                   JENNIFER ONG
                                   JOSEPH ZABEL
                                   LAWRENCE H. FOGELMAN
                                   JENNIFER JUDE
                                   Assistant United States Attorneys
                                   26 Federal Plaza
                                   New York, New York 10278
                                   (212) 637-2800
                                   jessica.greenwood@usdoj.gov
                                   jennifer.ong@usdoj.gov
                                   joseph.zabel@usdoj.gov
                                   lawrence.fogelman@usdoj.gov
                                   jennifer.jude@usdoj.gov

Dated: New York, New York
      August 19, 2025

                                 **MEDALLION INC. AND
VOXI MANAGEMENT CORP.**

By:   /s/ John Cline
      **Law Office of John D. Cline**
      600 Stewart St., Suite 400
      Seattle, WA 98101
      (360) 320-6435
      cline@johndclinelaw.com

SO ORDERED:

_____
HONORABLE JESSICA G.L. CLARKE
Dated: _____

4