

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2026

**BY ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> **Re:** ***United States v. All That Lot or Parcel of Land Located at 19 Duck Pond Lane, et al.*, 23 CV 1545 (JGLC)**

Dear Judge Clarke:

The United States of America (the "Government"), the plaintiff in this civil asset forfeiture case, respectfully submits this letter with the consent of claimants Voxi Management Corp. ("Voxi") and Medallion, Inc. ("Medallion") to request additional time for the Government to respond in writing to one set of discovery requests served by claimants Voxi and Medallion (the "Claimants").

Several months ago, the Claimants and the Government agreed that the Government may provide the information requested by the Claimants in their Rule 30(b)(6) notice to the Government through written responses in lieu of a deposition. The parties also agreed that these written responses would be due on the last day of fact discovery, which is April 9, 2026, to permit the Government to take all evidence developed during fact discovery into account in its answers. The Government is seeking 30 additional days to provide those responses to ensure that it can provide a comprehensive response addressing the full record developed to date. This limited extension will not impact any of the other deadlines in the case, such as the deadlines for expert discovery recently set by the Court, Dkt. 97, 98, and thus will not result in any delay of the adjudication of this case.

The Government has sought consent for these requests from Palazzo Del Marre at Fisher Island Condominium No. One Association, Inc., Palazzo del Sol/Della Luna at Fisher Island Condominium Association, Inc., Sunshine State Certificates VIII, LLLP, and Fisher Island Community Association. The Government has not received any objections to this request.

The Government thanks the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for the United States


By: /s/ Lawrence H. Fogelman
    JESSICA GREENWOOD
    JENNIFER ONG
    LAWRENCE H. FOGELMAN
    JOSEPH ZABEL
    JENNIFER JUDE
    Assistant United States Attorneys
    26 Federal Plaza
    New York, New York 10278
    Tel:   (212) 637-2800
    Email: jessica.greenwood@usdoj.gov
        jennifer.ong@usdoj.gov
        lawrence.fogelman@usdoj.gov
        joseph.zabel@usdoj.gov
        jennifer.jude@usdoj.gov

Cc:    Counsel of record via ECF