**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CASE NO. 23-cv-01545-JGLC

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALL THAT LOT OR PARCEL OF LAND
LOCATED AT 19 DUCK POND LANE,
SOUTHAMPTON, NEW YORK 11968,
TOGETHER WITH ITS BUILDINGS,
APPURTENANCES, IMPROVEMENTS,
FIXTURES, ATTACHMENTS, AND
EASEMENTS, et al.,

     Defendant.

_____/

**STIPULATION AND ORDER SUBSTITUTING COUNSEL**

The undersigned hereby stipulate and consent to the substitution of the law firm of Haber Law, LLP, by and thorough its attorney, Rebecca N. Casamayor, Esq., admitted pro hac vice, as attorney of record for Claimant, Palazzo Del Mare at Fisher Island Condominium No. One Association, Inc. in the above captioned action in place and instead of the law firm of Sachs Sax Caplan, P.L., by and through its attorney, Edward S. Hammel, Esq., admitted pro hac vice.

Contact information for new counsel is as follows:

Firm Name:    HABER LAW, LLP

Address:    251 NW 23rd Street, Miami, FL 33127

Telephone:    305-379-2400

Facsimile:    305-379-1106

Email:    rcasamayor@haber.law; jfelipe@haber.law

**HABER LAW, LLP**
251 NW 23rd St.
Miami, Florida 33127
Telephone: 305- 379-2400
Facsimile: 305-379-1106
Email: rcasamayor@haber.law
        jfelipe@haber.law

By:/s/*Rebecca N. Casamayor*
REBECCA N. CASAMAYOR, ESQ.
Florida Bar No. 99070
*Admitted Pro Hac Vice*

Dated: June 24, 2026

**SACHS SAX CAPLAN**
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, Florida 33487
Telephone: 561-994-4499
Facsimile: 561-994-4985
Email: ehammel@ssclawfirm.com
        mlewis@ssclawfirm.com

By: /s/ Edward S. Hammel
EDWARD S. HAMMEL, ESQ.
Florida Bar No. 104744
*Admitted Pro Hac Vice*

Dated: June 24, 2026

## CONSENT OF CLAIMANT

Claimant, Palazzo Del Mare at Fisher Island Condominium No. One Association, Inc.,

hereby consent to the substitution of counsel as set forth above.

**PALAZZO DEL MARE AT FISHER ISLAND CONDOMINIUM NO. ONE ASSOCIATION, INC.**

By: Eric Feder

President
Title

23-Jun-2026
Date

**SO ORDERED:**

Dated:_____
New York, New York

The Hon. Jessica G. L. Clarke
United States District Judge

**HABER LAW, LLP**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 24th, 2026, a true and correct copy of the foregoing

document was electronically filed through CM/ECF. Notice of this filing will be sent by e-mail to

all parties by operation of the Court's electronic filing system.

By:   */s/ Rebecca N. Casamayor*
        REBECCA N. CASAMAYOR, ESQ.
        Florida Bar No. 99070
        *Admitted Pro Hac Vice*

**Signature:** *Eric Feder*
Eric Feder (Jun 23, 2026 19:18:04 EDT)
**Email:** ericmfeder@gmail.com

3
**HABER LAW, LLP**