**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2026

**BY ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: *United States v. All That Lot or Parcel of Land Located at 19 Duck Pond Lane, et al.*, 23 CV 1545 (JGLC)**

Dear Judge Clarke:

Plaintiff the United States of America (the "Government") respectfully submits this post-discovery joint status letter in accordance with the Amended Civil Case Management Plan and Scheduling Order, ECF No. 98 at 3, and Rules 3(d) and 3(e) of Your Honor's Individual Rules and Practices in Civil Cases. We write jointly with Claimants Medallion Inc. and Voxi Management Corp. (together, the "Claimants") to propose a schedule for motions for summary judgment and motions pursuant to Federal Rules of Evidence 702–705 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

The parties have conferred and jointly propose the following briefing schedule:

- The Government's summary judgment motion will be due on October 21, 2026;
- Claimants' opposition and cross-motion for summary judgment (including any *Daubert* challenges)[1] will be due on December 2, 2026;
- The Government's opposition to Claimants' cross-motion (and any included *Daubert* challenges) and reply will be due on January 13, 2026; and
- Claimants' reply will be due on February 3, 2026.

The parties also confirm that counsel for Plaintiff and counsel for the Claimants have met for at least one hour to discuss settlement of this case, as required by the Court's Individual Rules. The parties do not believe that mediation or referral for a settlement conference before the

[1] While Claimants have indicated that they intend to file *Daubert* motions, the Government does not have any *Daubert* motions to make as Claimants presented no expert witnesses in this case.

designated Magistrate Judge would be productive at this time and propose revisiting these options after the submission of the above-referenced briefs.

The Government thanks the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for the United States

By: /s/ Jennifer Jude
JESSICA GREENWOOD
LAWRENCE H. FOGELMAN
JOSEPH ZABEL
JENNIFER JUDE
Assistant United States Attorneys
26 Federal Plaza
New York, New York 10278
Tel: (212) 637-2800
Email: jessica.greenwood@usdoj.gov
lawrence.fogelman@usdoj.gov
joseph.zabel@usdoj.gov
jennifer.jude@usdoj.gov

Cc: Counsel of record via ECF