**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 17, 2026

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: *United States v. All That Lot or Parcel of Land Located at 19 Duck Pond Lane, et al.*, 23 CV 1545 (JGLC)**

Dear Judge Clarke:

The United States of America (the "Government"), the plaintiff in this civil asset forfeiture case, respectfully submits this letter to request a three-day extension of the deadline for its opening summary judgment brief. Claimants Voxi Management Corp. ("Voxi") and Medallion, Inc. ("Medallion," and together with Voxi, "Claimants") consent to this request. The parties have conferred and agreed on the following revised proposed schedule, which pushes back the deadlines for the remaining briefs by three business days:

- The Government's summary judgment motion will be due on **November 25, 2026** (currently November 20, 2026);

- Claimants' opposition and cross-motion for summary judgment (including any *Daubert* challenges) will be due on **January 7, 2027** (currently January 4, 2027);

- The Government's opposition to Claimants' cross-motion (and any included *Daubert* challenges) and reply will be due on **February 18, 2027** (currently February 15, 2027); and

- Claimants' reply will be due on **March 11, 2027** (currently March 8, 2027).

The Government requests this extension of time because of the need for additional time to finish assembling a large set of documents that set forth the background of this matter that we anticipate will be helpful to the Court and both parties in establishing the factual record.

In light of the lengthy factual record, we anticipate requesting an extension of the permitted word count in connection with the Government's motion, and will make any such request in advance of submitting our moving brief.

The Government thanks the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Lawrence H. Fogelman
JESSICA GREENWOOD
LISABETH MENDOLA-D'ANDREA
LAWRENCE H. FOGELMAN
JOSEPH ZABEL
JENNIFER JUDE
Assistant United States Attorneys
26 Federal Plaza
New York, New York 10278
Tel: (212) 637-2800
Email: jessica.greenwood@usdoj.gov
lisabeth.mendola-d'andrea@usdoj.gov
lawrence.fogelman@usdoj.gov
joseph.zabel@usdoj.gov
jennifer.jude@usdoj.gov

Cc: Counsel of record via ECF