JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
By: LAWRENCE H. FOGELMAN
JESSICA GREENWOOD
JENNIFER JUDE
LISABETH MENDOLA-D'ANDREA
JOSEPH ZABEL
*Assistant United States Attorneys*
26 Federal Plaza
New York, New York 10007
Telephone: (212) 637-2800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v.-<br><br>ALL THAT LOT OR PARCEL OF LAND LOCATED AT 19 DUCK POND LANE, SOUTHAMPTON, NEW YORK 11968, TOGETHER WITH ITS BUILDINGS, APPURTENANCES, IMPROVEMENTS, FIXTURES, ATTACHMENTS, AND EASEMENTS, *et al*<br><br>Defendants-*in-rem*. | : | 23 Civ. 1545 (JGLC) |
| Voxi Management Corp. and Medallion Inc.,<br><br>Claimants. | : | |

**THE GOVERNMENT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; Local Civil Rule 56.1 Statement; the Declaration of Ryan T. Fannon, dated November 24, 2026, and the exhibits attached thereto; and the Declaration of Lawrence H. Fogelman, dated November 25,

2026, and the exhibits attached thereto; the United States of America hereby moves this Court for an Order granting summary judgment in favor of the Government pursuant to Rule 56 of the Federal Rules of Civil Procedure with respect to the forfeitability of the Defendants-*in-rem*, and for such other relief as the Court deems just and proper.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *__/s/ Jennifer Jude__________*
LAWRENCE H. FOGELMAN
JESSICA GREENWOOD
JENNIFER JUDE
LISABETH MENDOLA-D'ANDREA
JOSEPH ZABEL
*Assistant United States Attorneys*